**No. 59972.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 183834–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

**No. 59973.**—Federated Dept. Stores, Inc. *v.* United States, protest 266147–K (Boston).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59974.**—A. L. Erlanger Co., Inc. *v.* United States, protests 266120–K and 266131–K (Boston).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of waste of rayon or other synthetic textile, not wholly or in chief value of cellulose acetate, the same in all material respects as that involved in *A. L. Erlanger Co., Inc.* v. *United States* (35 Cust. Ct. 189, C. D. 1742), the claim of the plaintiff was sustained.